IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LESTER SIMMONS,
    Petitioner,

vs.                                      Case No.: 3:07cv390/LAC/EMT

JAMES R. McDONOUGH,
    Respondent

_____/

### O R D E R

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 8, 2008. The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of objections filed, if any.

       Having considered the report and recommendation, and any timely filed objections thereto, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2. Respondent's motion to dismiss (Doc. 10) is **GRANTED**.

       3. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** with prejudice as untimely.

       **DONE AND ORDERED** this 12th day of March, 2008.

                                                      *s/L.A. Collier*
                                                      **LACEY A. COLLIER**
                                                      **SENIOR UNITED STATES DISTRICT JUDGE**